UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

**EVEREST NATIONAL INSURANCE COMPANY,**

        **Plaintiff,**

v.                                               **Civil No. 16-2388-SHM**

**GAVION, LLC, MILES S. FORTAS, BRIAN L. JONES, and ROBERT A. LONGFIELD, JR.,**

        **Defendants.**

# JUDGMENT

    Decision by Court.  This action came for consideration before the Court.  The issues have been duly considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action is dismissed without prejudice in accordance with the Order of Dismissal, docketed April 14, 2017.

## APPROVED:

_s/ Samuel H. Mays, Jr._
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

| _April 14, 2017_ | THOMAS M. GOULD |
|---|---|
| DATE | CLERK |
| | _s/ Zandra Frazier_ |
| | (By) DEPUTY CLERK |